```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

KRISTY TIMMERMAN and
BRIDGETTE ASHLOCK                                      PLAINTIFFS

vs.                          No. 06-2133

BRAD LOUGHRIDGE and
MARK BAUSWELL                                          DEFENDANTS

### O R D E R

NOW on this 5th day of December, 2007, there comes on for consideration the Motion to Dismiss filed by Separate Defendants Franklin County, Arkansas; Sheriff Reed Haynes and Brad Loughridge, in his official capacity (Doc. 50).

IT APPEARING to the court that the matter has been settled as to these Separate Defendants, the motion is GRANTED, and it is ORDERED that Plaintiffs' claims against Separate Defendants Franklin County, Arkansas; Sheriff Reed Haynes and Brad Loughridge, in his official capacity be dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.  Further, the court retains

**AO72A**
**(Rev. 8/82)**

jurisdiction to consider sanctions in connection with the interlocutory appeal as set forth in the Court's order of April 19, 2007 (Doc. 43).

Plaintiffs' claims against Brad Loughridge, individually and Mark Bauswell remain and will be reset for trial.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**

**AO72A**
**(Rev. 8/82)**